FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 JAN 13 P 3: 18

WILLIAM W. BLEVINS G

**FELONY**

**SEALED**



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## BILL OF INFORMATION FOR FELONY AND MISDEMEANOR VIOLATIONS OF THE LACEY ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **16-4** |
| v. | * | SECTION: **SECT. A MAG. 4** |
| BRIAN BOUDREAUX<br>BOUDREAUX'S TURTLE FARM, INC. | *<br>* | VIOLATION: 16 U.S.C. § 3372(d)(2)<br>16 U.S.C. § 3371(a)<br>16 U.S.C. § 3373(d)(2)<br>16 U.S.C. § 3373(d)(3)(A)(ii) |
| * | * | * |

The United States Attorney charges that:

### GENERAL ALLEGATIONS

1. **BRIAN BOUDREAUX** was the owner and operator of **BOUDREAUX'S TURTLE FARM.**

2. **BOUDREAUX'S TURTLE FARM, INC. (BOUDREAUX'S TURTLE FARM)** was a company based in Ponchatoula, Louisiana. **BOUDREAUX'S TURTLE FARM** and was engaged in the business of raising, purchasing, and selling turtles to domestic and foreign purchasers.

3. The Lacey Act makes it unlawful, in part, for a person to make or submit any false record, account, or label for, or any false identification of, any fish or wildlife which has been, or is intended to be, imported, exported, transported, sold, purchased, or received form any foreign country or transported in interstate or foreign commerce. 16 U.S.C. § 3372(d)(2).

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

4.     Pursuant to the Lacey Act, the term "fish or wildlife" means any wild animal, whether alive or dead, including without limitation any wild mammal, bird, reptile, amphibian, fish, mollusk, crustacean, arthropod, coelenterate, or other invertebrate, whether or not bred, hatched, or born in captivity, and include any part, product, egg, or offspring thereof. 16 U.S.C. § 3371(a).

## COUNT 1

On or about February 23, 2011, at the New Orleans International Airport, in Jefferson Parish, in the Eastern District of Louisiana, **BOUDREAUX'S TURTLE FARM** did knowingly make and submit a false record, account, label for, and false identification of turtles that had been and were intended to be transported in interstate and foreign commerce, and involved the sale and purchase, the offer of sale and purchase, and the intent to sell and purchase, turtles with a market value in excess of $350.00, to wit approximately $76,875.00 of turtles *PSEUDOMYS SCRIPTA ELEGANS* that the defendant falsely labeled as *PSEUDOMYS SCRIPTA SCRIPTA*.

All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii).

## COUNT 2

On or about February 23, 2011, at the New Orleans International Airport, in Jefferson Parish, in the Eastern District of Louisiana, **BRIAN BOURDREAUX** did knowingly export *PSEUDOMYS SCRIPTA ELEGANS* turtles in violation of or in a manner unlawful under the laws and regulations of the United States, specifically, Title 50 Code of Federal Regulations, Part 14.63, as the defendant should have known in the exercise of due care.

All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(2).

## **NOTICE OF FORFEITURE**

1. The allegations of Counts 1 and 2 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 16, United States Code, Section 3374, made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Counts 1 and 2, defendants, **BRIAN BOUDREAUX and BOUDREAUX TURTLE FARM**, shall forfeit to the United States pursuant to Title 16, United States Code, Section 3374(a)(1), made applicable through Title 28, United States Code, Section 2461(c), any and all fish or wildlife involved in the violations.

3. Additionally, as a result of the offenses alleged in Counts 1 and 2, the defendants, **BRIAN BOUDREAUX and BOUDREAUX TURTLE FARM**, shall forfeit pursuant to Title 16, United States Code, Section 3374(a)(2), all vessels, vehicles, aircraft, and other equipment used to facilitate the violations.

All in violation of Title 16, United States Code, Section 3374, made applicable through Title 28, United States Code, Section 2461(c).

                                              KENNETH ALLEN POLITE, JR.
                                              UNITED STATES ATTORNEY

                                              SPIRO G. LATSIS
                                              Assistant United States Attorney
                                              Louisiana Bar Roll No. 24517

New Orleans, Louisiana
January 13, 2016

No. _____

# United States District Court

FOR THE

_EASTERN_ DISTRICT OF _LOUISIANA_

UNITED STATES OF AMERICA

vs.

BRIAN BOUDREAUX
BOUDREAUX'S TURTLE FARM, INC.

BILL OF INFORMATION FOR
FELONY AND MISDEMEANOR VIOLATIONS
OF THE LACEY ACT

Violation(s): 16 U.S.C. § 3372(d)(2)
16 U.S.C. § 3371(a)
16 U.S.C. § 3373(d)(2)
16 U.S.C. § 3373(d)(3)(A)(ii)

Filed _____, 20 _16_\_\_\_\_

_____, Clerk.

By _____, Deputy

SPIRO G. LATSIS
Assistant United States Attorney